IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRENE BOMANSKI | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-808 |
| v. | : | |
| US AIRWAYS GROUP, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of June, 2009, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 13), Plaintiff's response thereto (Docket No. 14) and Defendant's Reply (Docket No. 17), and after a complete review of all pleadings and discovery on file, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Docket No. 13) is **GRANTED** and Plaintiff's claims are dismissed.

2. Any pending motions are **DENIED AS MOOT**.

3. The Clerk shall close the above-captioned matter.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.